```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

MARCELLA DANIELS,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  10 C 1806
                                 )
FREEDMAN ANSELMO LINDBERG &      )
RAPPE LLC, et al.,               )
                                 )
          Defendants.            )
```

MEMORANDUM ORDER

This pro se action by Marcella Daniels ("Daniels") has been pending for nearly nine months without any progress at all. For several months the delays were occasioned by Daniels' initial failure to merit in forma pauperis status, followed by her unsuccessful effort to enlist the United States Marshals Service for the service of process on defendants. Most recently Daniels has represented that one or more defendants had indeed been served, but no one other than Daniels showed up at the most recent scheduled status hearing on December 14, 2010.

During that December 14 status hearing Daniels again represented that service had been obtained on defendant law firm Freedman Anselmo Lindberg & Rappe LLC (the "Freedman Firm"), but this Court's minute clerk was then unsuccessful in getting any response at the Freedman Firm's listed telephone number. Accordingly this Court has scheduled a next status hearing for 8:45 a.m. January 4, 2011, and it orders that a representative of the Freedman Firm must be present at that time whether or not

proper service of process has in fact been obtained.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 16, 2010