```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

MARCELLA DANIELS,                 )
                                  )
               Plaintiff,         )
                                  )
     v.                           )    No.  10 C 1806
                                  )
FREEDMAN ANSELMO LINDBERG &       )
RAPPE LLC, et al.,                )
                                  )
               Defendants.        )
```

MEMORANDUM ORDER

On the evening of the same day in which it issued its brief December 16, 2010 memorandum order ("Order") in this case, this Court followed its regular practice of conducting a prompt review of the most recent batch of slip opinions just received from our Court of Appeals. In another instance of the serendipity that is encountered with surprising frequency in the business of judging, that group of opinions included one in <u>Relational, LLC v. Hodges</u>, No. 09-3625, 2010 WL 4962818 (7th Cir. Dec. 8), which contained an excerpt relevant to the subject of the Order and to the status hearing that it had scheduled for January 4, 2011.

Here is what <u>Relational</u>, <u>id</u>. at *4 had to say on the requirement for a return of service of process (citing <u>Homer v. Jones-Bey</u>, 415 F.3d 748, 754 (7th Cir. 2005) and <u>Robinson Eng'g Co. Pension Plan & Trust v. George</u>, 223 F.3d 445, 451-53 (7th Cir. 2000)):

> To make a prima facie showing, the movant must simply produce a return of service identifying the recipient and noting when and where service occurred, thereby

>     providing enough detail so the opposing party knows
>     what evidence he must rebut.

As this Court had sought to explain to pro se plaintiff Marcella Daniels during the recent December 14 status hearing, what she then exhibited as the purported return of service on the Freedman Firm identified in the Order was deficient even in those prima facie terms. Accordingly Daniels will be expected to provide a proper return of service on the Freedman Firm at or before the January 4 status hearing.

_____
Milton I. Shadur
Senior United States District Judge

Date:  December 17, 2010